# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### * * *

| | |
|---|---|
| SEAN NAUGHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | )   2:11- CV - 01413- GMN-CWH |
| v. | ) |
| | )   **O R D E R** |
| SANTA BARBARA FARMS INC, | ) |
| et al., | ) |
| Defendants. | ) |
| | ) |

Before the Court is Defendants Santa Barbara Farms, Inc. and Spencer Smith's Motion for Waiver of Attendance of Insurance Representative at ENE (dkt. 20).  Defendants request the Court to allow Jud Ankrom, the insurance representative for Hortica Insurance, to be available telephonically during the ENE.  To date, no opposition has been filed to the Motion for Waiver of Attendance of Insurance Representative at ENE.

The Motion for Waiver of Attendance of Insurance Representative at ENE (dkt. 20) is hereby GRANTED.

IT IS HEREBY ORDERED that Jud Ankrom, the insurance representative for Hortica Insurance, may appear telephonically during the ENE.

DATED this 23rd day of December, 2011.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**